**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Lisa L. Meredith, | ) | NO.: 10 - 54925 |
| | ) | |
| Debtor | ) | Judge Jacqueline P. Cox |

**NOTICE OF MOTION**

**To: Via Electronic Noticing System:**

Tom Vaughn, Chapter 13 Trustee, 55 East Monroe, Suite 3350, Chicago, Illinois 60603
Christopher M. Brown, Pierce & Associates, 1 N. Dearborn, Suite 1300, Chicago, Illinois 60602
Barbara J. Dutton, Dutton & Dutton, P.C., 10325 W. Lincoln Highway, Frankfort, Illinois 60423
Heather M. Giannino, Heavner, Scott, Beyers & Mihlar LLC, 111 E. Main Street, Suite 200, Decatur, Illinois 62523
Jose G. Moreno, Codilis & Associates, 15W030 N. Frontage Road, Suite 100, Burr Ridge, Illinois 60527

**Via First Class U.S. Mail:**

Diana Torres-Brito, Prober & Raphael, A Law Corporation, 20750 Ventura Blvd., Suite 100, Woodland Hills, California 91364
Lisa L. Meredith, 409 N Strieff Lane, Glenwood, Illinois 60425

PLEASE TAKE NOTICE that on the 16th day of May, 2016 at 9:00 a.m., an attorney from the undersigned law firm shall appear before the Honorable Judge Jacqueline P. Cox in Courtroom 680 of the United States Courthouse located in the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and then and there present the Motion to Determine Final Cure of Mortgage of Nationstar Mortgage LLC.

/s/ Lorraine M. Greenberg
Lorraine M. Greenberg

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she served a copy of this Notice and the Motion to Determine Final Cure on the abovestated persons by placing a copy of each in the CM/ECF System maintained by the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois on April 26, 2016 and by placing a copy of each in an envelope addressed as aforesaid and placing same in the U.S. Mail at 150 N. Michigan Avenue, Chicago, Illinois on April 26, 2016.

/s/ Lorraine M. Greenberg
Lorraine M. Greenberg

LORRAINE M. GREENBERG
Attorney for Debtor
150 N. Michigan Avenue, Suite 800
Chicago, Illinois 60601
Telephone: 312-588-3330
Facsimile: 312-264-5620
ARDC NO.: 3129023

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Lisa L. Meredith, | ) | NO.: 10-54925 |
| | ) | |
| Debtor. | ) | Judge Jacqueline P. Cox |

**MOTION TO DETERMINE FINAL CURE OF MORTGAGE OF
NATIONSTAR MORTGAGE, LLC**

NOW COMES the Debtor, by her attorney, Lorraine M. Greenberg, pursuant to Federal Bankruptcy Rule 3002.1 (h), and requests a hearing to determine the amount necessary to cure the mortgage of Nationstar Mortgage, LLC if any, and in support thereof, states as follows:

1. Debtor filed the original Chapter 13 Petition on December 13, 2010. At the time of filing, the servicing agent for the primary lienholder on debtor's principal residence was Aurora Loan Services. On August 1, 2012 Nationstar Mortgage, LLC filed a Transfer of the Aurora Claim to Nationstar Mortgage LLC.

2. The Chapter 13 Plan was confirmed on July 25, 2011.

3. The Trustee filed a Notice of Payment of Final Mortgage Cure pursuant to Bankruptcy Rule 3002.1 (f) on March 28, 2016. The Notice provided that Debtor had cured the pre-petition default claim in its entirety during the term of the Plan.

4. An attorney representing Nationstar Mortgage, LLC filed the Statement in Response to the Trustee's Notice of Final Mortgage Cure on April 18, 2016 alleging a post-petition default of $36,095.60.

5. Debtor disputes that there is any post-petition default owing Nationstar Mortgage, LLC.

6. Debtor has not yet received her discharge. The Trustee has not yet filed the Notice of

Completion of Plan Payments.

WHEREFORE, Debtor moves this honorable Court to enter an Order declaring Debtor current and the Mortgage fully reinstated on the debt owed to the primary lienholder, i.e. Nationstar Mortgage, LLC and for Nationstar Mortgage, LLC to provide a complete payment history of the loan to debtor and her counsel, and to further find that all post-petition arrearages have been fully paid and that this creditor be forever barred from seeking to collect any indebtedness as of the date of the entry of the Order, including but not limited to late penalties or fees, post-petition attorneys fees and costs of collection not approved by the Bankruptcy Court and for such other relief as this Court deems necessary and just.

                Respectfully submitted,

                Lisa L. Meredith


        BY: /s/ Lorraine M. Greenberg
             Lorraine M. Greenberg



LORRAINE GREENBERG
Attorney for Debtor
150 N. Michigan Avenue, Suite 800
Chicago, Illinois 60601
(312) 588-3330
ARDC NO. 3129023