UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable **JACQUELINE P. COX**   Hearing Date 5/16/16

Bankruptcy Case No. 10-54925   Adversary No. _____

Title of Case: Lisa Meredith

Brief Statement of Motion: Motion to Determine Final Cure

Names and Addresses of moving counsel: Lorraine Greenberg

Representing: Debtor

## ORDER

IT IS HEREBY ORDERED

The motion of the Debtor is denied without prejudice. The Debtor is given leave to file an amended motion.

J. Cox

Jacqueline P. Cox

JACQUELINE P. COX
UNITED STATES BANKRUPTCY JUDGE

6/11/99