UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-54925 |
| | ) | |
| Lisa L. Meredith, | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

**Order to Determine Final Cure and Mortgage Payment re: Rule 3002.1**

THIS CAUSE COMING ON TO BE HEARD upon Debtor's Motion to Determine Cure of Mortgage of Nationstar Mortgage, LLC and the Court finding due notice having been given, and the Court being fully advised, IT IS HEREBY ORDERED:

1. The Court finds that Debtor has made all required post-petition payments due Nationstar Mortgage, LLC, as servicing agent, and is found to be current and reinstated on the secured post-petition claim of said Creditor through and including the date of entry of this Order. All pre-petition arrears have been paid in full.

2. The creditor or its assigns or agents are hereby forever barred from seeking to collect any indebtedness stemming from the course of the bankruptcy proceeding, including but not limited to late penalties or fees, post petition attorneys fees and costs of collection unless specifically approved by the Bankruptcy Court.

Enter:

*/s/ Jacqueline P. Cox*

United States Bankruptcy Judge

Dated: 7/18/16

**Prepared by:**
Lorraine M. Greenberg
150 N. Michigan Avenue, Suite 800
Chicago, Illinois 60601
(312) 588-3330

Rev: 20130104_bko