**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Lisa L. Meredith, | ) | NO.: 10-54925 |
| | ) | |
| Debtor. | ) | Judge Jacqueline P. Cox |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on the 9th day of January, 2017 at 9:00 a.m., an attorney from the undersigned law firm shall appear before the Honorable Judge Jacqueline P. Cox in Courtroom 680 of the United States Courthouse located in the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion to Re-Open this Chapter 13 Case.

/s/ Lorraine M. Greenberg
Lorraine M Greenberg

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she served this Notice of Motion and the Motion to Re-Open the Chapter 13 Case and the Proposed Order by causing a copy of each to be filed with the CM/ECF System maintained by the Clerk of the U.S. Bankruptcy for the Northern District of Illinois on the 29th day of December, 2016 and by placing a copy of each in an enveloped addressed to all interested parties as set forth on the attached Service List, First Class postage prepaid, and placing same in the U.S. Mail at Chicago, Illinois on the 29th day of December, 2016.

/s/ Lorraine M. Greenberg
Lorraine M Greenberg

Lorraine M. Greenberg
Attorney for Debtor
150 North Michigan Avenue, Suite 800
Chicago, Illinois 60601
(312) 588-3330
ARDC No. 3129023

## SERVICE LIST

**To: Via Electronic Noticing System:**

Tom Vaughn, Chapter 13 Trustee
55 East Monroe, Suite 3350,
Chicago, Illinois 60603

Christopher M. Brown
Pierce & Associates
1 N. Dearborn, Suite 1300
Chicago, Illinois 60602

Barbara J. Dutton
Dutton & Dutton, P.C.
10325 W. Lincoln Highway,
Frankfurt, Illinois 60423

Heather M. Giannino
Heavner, Scott, Beyers & Mihlar LLC
111 E. Main Street, Suite 200
Decatur, Illinois 62523

Jose G. Moreno
Codilis & Associates
15W030 N. Frontage Road
Suite 100
Burr Ridge, Illinois 60527

**Via First Class U.S. Mail:**

Diana Torres-Brito
Prober & Raphael, A Law Corporation
20750 Ventura Blvd., Suite 100
Woodland Hills, California 91364

Lisa L. Meredith
409 N Strieff Lane
Glenwood, Illinois 60425

Nationstar Mortgage, LLC
PO Box 619096
Dallas, TX 75261-9741

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Lisa L. Meredith, | ) | NO.: 10-54925 |
| | ) | |
| Debtor. | ) | Judge Jacqueline P. Cox |

**MOTION TO RE-OPEN BANKRUPTCY CASE**

NOW COMES the Debtor, by and through her attorney, LORRAINE M. GREENBERG, who hereby moves this Honorable Court pursuant to 11 U.S.C. § 350 for the entry of an Order re-opening the Debtor's bankruptcy case, to accord the debtor relief, and in support thereof, states as follows:

1. Jurisdiction is proper in this court pursuant to 28 U.S.C. § 1334 (b) and this motion is a "core proceeding" under 28 U.S.C. § 157 (b) (2) (A).

2. Venue is proper in this district pursuant to 28 U.S.C. § 1408 (1).

3. On December 13, 2010 the Debtor commenced the above-captioned case by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

4. The Debtor has fully complied with the terms of the confirmed Plan and the case has been closed with a Discharge being entered.

5. Prior to the entry of the Discharge Order, the Trustee filed a Notice of Final Cure of Mortgage Payment pursuant to Bankruptcy Rule 3002.1. See Exhibit "A" attached hereto and incorporated herein. This was with respect to the servicer for the primary lienholder on Debtor's principal residence, to wit: Nationstar Mortgage, LLC.

6. Nationstar Mortgage, LLC filed a Response to the Notice of Cure Payment as a supplement to its proof of claim, alleging a significant post-petition deficiency. See Exhibit "B"

attached hereto and incorporated herein.

7. The Debtor, by her counsel, then filed a Motion to Determine Final Cure and Mortgage Payment pursuant to Bankruptcy Rule 3002.1. See Exhibit "C" attached hereto and incorporated herein.

8. Nationstar Mortgage, LLC failed to respond to the Motion to Determine Final Cure, and after several attempts at providing notice to Nationstar and its counsel of record, the Court entered an Order granting Debtor's Motion to Determine Cure. See Exhibit "D" attached hereto. The Order provides *inter alia* that "the Debtor is found to be current and reinstated on the secured post-petition claim of said creditor through and including the date of the entry of this Order", i.e. July 18, 2016. The Order further provided that "the Creditor and its assigns are hereby forever barred from seeking to collect any indebtedness stemming from the course of the bankruptcy proceeding, ...unless specifically approved by the Bankruptcy Court.

9. In violation of the Order of this Court as set forth in Exhibit "D", Nationstar Mortgage, LLC has attempted to collect from the Debtor certain sums arising from post-petition escrow shortages which arose during the term of the Chapter 13 Plan.

10. In violation of Bankruptcy Rule 3002.1(b), Nationstar Mortgage, LLC failed to notify the Debtor of escrow account changes during the pendency of the bankruptcy case.

WHEREFORE, the Debtor prays that this Honorable Court enter an order allowing the Debtor to re-open these bankruptcy proceedings for the limited purpose of allowing Debtor to file a Motion for Sanctions alleging violations of this Court's order and the discharge injunction, and seeking sanctions and other relief and for such other relief as may be deemed necessary and just.

Respectfully submitted,

Lisa L. Meredith

BY:     /s/ Lorraine M. Greenberg
        Lorraine M. Greenberg

Lorraine M. Greenberg
Attorney for Debtor
150 North Michigan Avenue, Suite 800
Chicago, Illinois 60601
(312) 588-3330
ARDC NO.: 3129023